**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−22731−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lance B. Updegraff
   118 Horseshoe Drive
   Latrobe, PA 15650

Social Security No.:
   xxx−xx−3499

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Charles James Grudowski<br>Grudowski Law, P.C.<br>3925 Reed Boulevard, Suite 201<br>Murrysville, PA 15668<br>Telephone number: 412−904−1940 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>December 7, 2020<br>01:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>December 7, 2020<br>01:00 PM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/5/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22731-GLT |
| Lance B. Updegraff | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Nov 05, 2020 | Form ID: rsc13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance B. Updegraff, 118 Horseshoe Drive, Latrobe, PA 15650-9063 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15290968 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15290966 | | Capital One, PO Box 855250, Richmond, VA 23285 |
| 15290969 | + | Christina Updegraff, 118 Horeshoe Drive, Latrobe, PA 15650-9063 |
| 15292916 | | Dollar Bank, Three Gateway Center, 11S, Pittsburgh, 15222 |
| 15290973 | + | Dollar Bank, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 15290974 | + | Excela Health, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15295809 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15290979 | + | Radiologic Consultants, LTD, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15290981 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15300303 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2020 00:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2020 02:03:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15290965 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 06 2020 00:52:00 | Bernstein-Burkley P.C., Gulf Tower, Suite 2200, 707 Grant Street, Pittsburgh, PA 15219-1945 |
| 15290967 | + | Email/Text: ebn@carepayment.com | Nov 06 2020 00:52:00 | CAREPAYMENT, P.O. Box 2398, Omaha, NE 68103-2398 |
| 15290970 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2020 02:05:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15290971 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 06 2020 00:51:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 15290972 | + | Email/Text: mrdiscen@discover.com | Nov 06 2020 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15294807 | | Email/Text: mrdiscen@discover.com | Nov 06 2020 00:51:00 | Discover Products Inc, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15290975 | + | Email/Text: bankruptcy@gatewayloan.com | Nov 06 2020 00:51:00 | Gateway Mortgage, Attn: Bankruptcy Dept., 244 S |

Case 20-22731-GLT    Doc 23    Filed 11/07/20    Entered 11/08/20 00:28:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: rsc13 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Gateway Place, Jenks, OK 74037-3460 |
| 15290976 | + | Email/Text: bankruptcy@huntington.com | Nov 06 2020 00:51:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15292779 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2020 02:04:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15290977 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2020 00:51:00 | Midland Credit Management, Dept. 12421, PO Box 603, Oaks, PA 19456-0603 |
| 15290978 | + | Email/Text: recovery@paypal.com | Nov 06 2020 00:51:00 | Paypal, 2221 North First Street, San Jose, CA 95131-2021 |
| 15290980 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2020 02:04:32 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15291330 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 02:05:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291446 | + | Email/Text: bankruptcy@huntington.com | Nov 06 2020 00:51:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dollar Bank |
| cr | | Gateway Mortgage Group, a division of Gateway Firs |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Lance B. Updegraff cjg@grudowskilaw.com admin@grudowskilaw.com |
| Keri P. Ebeck | on behalf of Creditor Dollar Bank kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Robert P. Wendt
   on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 6