## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lance B. Updegraff | ) | Bankruptcy No. 20-22731-GLT |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Document No. |
| Lance B. Updegraff | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Commonwealth of Pennsylvania, | ) | |
| | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 12, 2020 via first class mail postage prepaid:

**Commonwealth of Pennsylvania
Payroll Department
1590 Walters Mill Road
Somerset, PA 15510**

Executed on: November 12, 2020          /s/Charles J. Grudowski

Charles J. Grudowski, Esquire
PA ID No. 91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Office: (412) 904-1940
Email: cjg@grudowskilaw.com