**\*FILING FEE PAID\***   ( Yes )    No

FILED
12/8/20 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: UPdeGRaFF, Lance _____ JAD/TPA/CMB/GLT

Case Number: 20-22731

Date of Meeting: 12 / 7 / 20 _____  Recording #_____
Debtor(s) present ___ or Not Present ✓ ( ✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) GRudowskí, Charles (Present ✓ or Not Present ____)
Date of Plan at § 341: 10-5-20 _____ Applicable commitment period ✓ 3 yrs ___ 5 yrs

Debtor did not appear. Per counsel Debtor wishes to dismiss

· The debtor(s) has no defense to
dismissal, and the Trustee requests
entry of an order dismissing the case
without prejudice.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
___✓___ Meeting NOT HELD            _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

___✓___ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_Kate DeSamone_____
Chapter 13 Trustee/Attorney for Trustee