**FILING FEE PAID*    (Yes)    No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: UPdeGRAFF, Lance    JAD/TPA/CMB/(GLT)

Case Number: 20-22731

Date of Meeting: 12 / 7 / 20    Recording # _____
Debtor(s) present ___ or Not Present ✓    (✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) GRudOWSKi, Charles (Present ✓ or Not Present ___)
Date of Plan at § 341: 10-5-20    Applicable commitment period ✓ 3 yrs ___ 5 yrs

Debtor did not appear. Per counsel Debtor wishes to dismiss

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD    _____ Order to Show Cause Requested
                      _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

✓ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
    _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

Kate DeSimone
Chapter 13 Trustee/Attorney for Trustee