FILED
1/5/21 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Case No. 20-22731-GLT |
| **LANCE B. UPDEGRAFF**, | : | Chapter 13 |
| | : | |
| Debtor, | : | Related to Dkt. No. 30 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1.  The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2.  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3.  The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4.  The Clerk of Court shall give notice to all creditors of this dismissal

Dated: January 5, 2021

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                  Case No. 20-22731-GLT
Lance B. Updegraff                                                                                                     Chapter 13
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                  User: jhel                                                    Page 1 of 3
Date Rcvd: Jan 05, 2021                                      Form ID: pdf900                                    Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance B. Updegraff, 118 Horseshoe Drive, Latrobe, PA 15650-9063 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15290968 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15290966 | | Capital One, PO Box 855250, Richmond, VA 23285 |
| 15290969 | + | Christina Updegraff, 118 Horeshoe Drive, Latrobe, PA 15650-9063 |
| 15292916 | | Dollar Bank, Three Gateway Center, 11S, Pittsburgh, 15222 |
| 15290973 | + | Dollar Bank, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 15290974 | + | Excela Health, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15295809 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15290979 | + | Radiologic Consultants, LTD, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15290981 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15300303 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 02:23:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15290965 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 06 2021 02:42:00 | Bernstein-Burkley P.C., Gulf Tower, Suite 2200, 707 Grant Street, Pittsburgh, PA 15219-1945 |
| 15290967 | + | Email/Text: ebn@carepayment.com | Jan 06 2021 02:42:00 | CAREPAYMENT, P.O. Box 2398, Omaha, NE 68103-2398 |
| 15290970 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2021 02:15:53 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15290971 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2021 02:42:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 15290972 | + | Email/Text: mrdiscen@discover.com | Jan 06 2021 02:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15294807 | | Email/Text: mrdiscen@discover.com | Jan 06 2021 02:40:00 | Discover Products Inc, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15290975 | + | Email/Text: bankruptcy@gatewayloan.com | Jan 06 2021 02:42:00 | Gateway Mortgage, Attn: Bankruptcy Dept., 244 S Gateway Place, Jenks, OK 74037-3460 |
| 15316035 | + | Email/Text: bankruptcy@gatewayloan.com | Jan 06 2021 02:42:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3460 |
| 15290976 | + | Email/Text: bankruptcy@huntington.com | Jan 06 2021 02:41:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15292779 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:16:01 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-22731-GLT    Doc 36    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15290977 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2021 02:41:00 | Midland Credit Management, Dept. 12421, PO Box 603, Oaks, PA 19456-0603 |
| 15290978 | + | Email/Text: recovery@paypal.com | Jan 06 2021 02:40:00 | Paypal, 2221 North First Street, San Jose, CA 95131-2021 |
| 15290980 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:16:02 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15291330 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:19:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291446 | + | Email/Text: bankruptcy@huntington.com | Jan 06 2021 02:41:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15313511 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 02:16:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dollar Bank |
| cr | | Gateway Mortgage Group, a division of Gateway Firs |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Lance B. Updegraff cjg@grudowskilaw.com admin@grudowskilaw.com |
| Keri P. Ebeck | on behalf of Creditor Dollar Bank kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |

District/off: 0315-2     User: jhel     Page 3 of 3
Date Rcvd: Jan 05, 2021     Form ID: pdf900     Total Noticed: 29

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

TOTAL: 6