**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LANCE B. UPDEGRAFF<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-22731 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/21/2020 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,086.15 |
| Less Refunds to Debtor | 6,932.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 153.19 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 153.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 153.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GATEWAY MORTGAGE GROUP DIV GATEV<br>    Acct: 5544 | 0.00 | 0.00 | 0.00 | 0.00 |
|   GATEWAY MORTGAGE GROUP DIV GATEV<br>    Acct: 5544 | 12,960.48 | 0.00 | 0.00 | 0.00 |
|   HUNTINGTON NATIONAL BANK(*)<br>    Acct: 4323 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TOYOTA MOTOR CREDIT CORP (TMCC)<br>    Acct: 1364 | 24,743.06 | 0.00 | 0.00 | 0.00 |
|   HUNTINGTON NATIONAL BANK(*)<br>    Acct: 4323 | 401.11 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LANCE B. UPDEGRAFF<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GRUDOWSKI LAW ASSOCIATES PC(*)<br>    Acct: | 2,990.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | LANCE B. UPDEGRAFF<br>Acct: | 2,358.70 | 2,358.70 | 0.00 | 0.00 |
| | LANCE B. UPDEGRAFF<br>Acct: | 4,574.26 | 4,574.26 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | CAPITAL ONE**<br>Acct: 3499 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CBCS<br>Acct: 9289 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 1685 | 1,013.61 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 8099 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 7999 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 4034 | 7,330.35 | 0.00 | 0.00 | 0.00 |
| | DOLLAR BANK FSB**<br>Acct: 6023 | 47,338.70 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 9261 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN-BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOLLAR BANK FSB**<br>Acct: 0769 | 20,610.96 | 0.00 | 0.00 | 0.00 |
| | EXCELA HEALTH<br>Acct: 0326 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EXCELA HEALTH<br>Acct: 0238 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EXCELA HEALTH<br>Acct: 0140 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EXCELA HEALTH<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| | EXCELA HEALTH<br>Acct: 3055 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 3499 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 9261 | 1,324.38 | 0.00 | 0.00 | 0.00 |
| | RADIOLOGIC CONSULTANTS LTD++<br>Acct: 5007 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 0167 | 626.48 | 0.00 | 0.00 | 0.00 |
| | CHRISTINA UPDEGRAFF<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 1,410.52 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                                    0.00

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          38,104.65
  UNSECURED        79.655.00
```

Date: 03/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com